| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>The Bank of New York Mellon, et al. | |
| In Re:<br><br>Robert L. Tomaskovic,<br><br>Debtor | Case No.: 25-12065-SLM<br><br>Chapter: 13<br><br>Hearing Date: 10/22/2025<br><br>Judge: Meisel |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Motion for Relief from Stay re: 45 Friar Lane, Clifton, NJ (Docket # 46)

Date: 10/17/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*