Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  25−12065−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L Tomaskovic
   45 Friar Lane
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−7986

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 23, 2025.

Dated: October 24, 2025
JAN: omf

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 25-12065-SLM
Robert L Tomaskovic                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3
Date Rcvd: Oct 24, 2025      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robert L Tomaskovic, 45 Friar Lane, Clifton, NJ 07013-3207 |
| cr | + | Real Time Resolutions, Inc. as agent for RRA CP Op, Greenspoon Marder LLP, c/o Jessica Ann Berry, Esq., 100 West Cypress Creek Rd., Suite 700, Fort Lauderdale, FL 33309-2195 |
| cr | + | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 24 2025 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 24 2025 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520569103 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 20:59:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520569104 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 20:58:52 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520569105 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 22:23:01 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520569106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2025 20:58:44 | Costco Citi Card, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 520569107 | ^ | MEBN | Oct 24 2025 20:49:00 | Hill Wallack LLP, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 520569108 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 24 2025 20:53:00 | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 520644113 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 20:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520750453 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 20:58:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520750454 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 20:58:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520644073 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 24 2025 20:59:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520613474 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 20:59:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

District/off: 0312-2  User: admin  Page 2 of 3
Date Rcvd: Oct 24, 2025  Form ID: plncf13  Total Noticed: 39

| Recip ID | Notice Type | Date/Time | Name/Address |
|---|---|---|---|
| 520569109 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 24 2025 21:10:27 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520569110 | + Email/Text: mtgbk@shellpointmtg.com | Oct 24 2025 20:53:00 | Newrez, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 520569111 | + Email/Text: mtgbk@shellpointmtg.com | Oct 24 2025 20:53:00 | Newrez, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520569112 | Email/Text: bankruptcy@oliphantfinancial.com | Oct 24 2025 20:53:00 | Oliphant Usa, 1800 2nd St, Sarasota, FL 34236 |
| 520613301 | + Email/Text: bnc@bass-associates.com | Oct 24 2025 20:52:00 | Oliphant Financial, LLC., Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 520635223 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 20:52:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 520569113 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 20:52:00 | PNC Financial Services, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 520569114 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 24 2025 20:52:00 | PNC Financial Services, Pnc Cb Investigations, Cleveland, OH 44101 |
| 520569115 | Email/Text: ProsperBK@prosper.com | Oct 24 2025 20:53:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 520569116 | + Email/Text: ProsperBK@prosper.com | Oct 24 2025 20:53:00 | Prosper Funding LLC, 221 Main Street, San Francisco, CA 94105-1906 |
| 520624579 | + Email/Text: bncmail@w-legal.com | Oct 24 2025 20:53:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520645910 | + Email/Text: bkdepartment@rtresolutions.com | Oct 24 2025 20:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |
| 520569117 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 24 2025 20:52:00 | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520569119 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:58:17 | Synchrony Bank, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520647701 | + Email/PDF: ebn_ais@aisinfo.com | Oct 24 2025 20:58:39 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520569118 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 21:10:29 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520569120 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:59:06 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520569121 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:58:18 | Synchrony Bank/Gap, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520569123 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:58:29 | Synchrony/HSN, Po Box 71740, Philadelphia, PA 19176-1740 |
| 520569122 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:58:35 | Synchrony/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520569125 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:58:29 | Synchrony/PayPal Credit, Po Box 71727, Philadelphia, PA 19176-1727 |
| 520569124 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2025 20:59:13 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520650402 | Email/Text: mtgbk@shellpointmtg.com | Oct 24 2025 20:53:00 | THE BANK OF NEW YORK MELLON FKA, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520750457 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520750458 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520625516 | *+ | Oliphant Financial, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Tucson, AZ 85712-1097 |
| 520703581 | *+ | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 1300, Dallas, TX 75247-4073 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-81, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-81 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Evan Owens Durkovic | bkecfinbox@aldridgepite.com edurkovic@ecf.courtdrive.com |
| Jessica Ann Berry | on behalf of Creditor Real Time Resolutions Inc. as agent for RRA CP Opportunity Trust 1 bankruptcy@gmlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Robert L Tomaskovic ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-81, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-81 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-81, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-81 skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8