**GOLDMAN & BESLOW, LLC**
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey    07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Robert L Tomaskovic

| | |
|---|---|
| In Re:<br><br>Robert L Tomaskovic<br><br>Debtor, | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Case No. 25-12065 SLM<br><br>Chapter 13<br><br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Goldman & Beslow, LLC 7 Glenwood Avenue, New Jersey 07017, as attorneys for the debtor.

SCOTT E TANNE ESQ.                              GOLDMAN & BESLOW, LLC

By: /s/ Scott E. Tanne                           By: /s/ David G. Beslow
   SCOTT E. TANNE, ESQ.                             DAVID G. BESLOW, ESQ.
   **Withdrawing Attorney**                         **Superceding Attorney**
   Dated: February      , 2026                       Dated: February 9, 2026

Agreed to by:

                                                 2/9/2026

___/s/ Robert L Tomaskovic
Dated: February 9, 2026