UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GOLDMAN & BESLOW, LLC**
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
Tel. 973-677-9000

David G. Beslow, Esq. #DGB-5300
Attorneys for Debtor, Robert L Tomaskovic

| | |
|---|---|
| In Re:<br><br>ROBERT L TOMASKOVIC,<br><br>Debtor | Case No.: _____**25-12065**_____<br><br>Judge: _____**SLM**_____<br><br>Chapter:        13 |

## CHAPTER 13 DEBTORS ATTORNEY'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐ Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____ , at _____ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☒ Certification of Default filed by \_\_\_\_**Bank of New York Mellon**\_\_\_\_ ,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____ , but have not

been accounted for.  Documentation in support is attached.

     ☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer):**

     ☒ Other **(explain your answer):**

The debtor was unable to come into our office prior to the deadline for filing an opposition to the motion. The Debtor represented over the phone that he will come to our office to apply for a loan modification and make a proposal to resolve the arrears in the event the loan modification is denied. He will maintain regular monthly payments going forward while applying for the modification.

3.     This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: <u>March 4, 2026</u>                    <u>/s/ David G. Beslow, Esq.</u>
                                                  Debtor's Attorney

Date: _____                    _____
                                                    Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*