Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−12065−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L Tomaskovic
   45 Friar Lane
   Clifton, NJ 07013

Social Security No.:
   xxx−xx−7986

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/25/26 at 10:00 AM

to consider and act upon the following:

*58* − Creditor's Certification of Default (related document:54 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005−81, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2005−81. Objection deadline is 03/5/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) (Kelly, Steven)

*60* − Certification in Opposition to (related document:58 Creditor's Certification of Default (related document:54 Order on Motion For Relief From Stay) filed by Steven P. Kelly on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005−81, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2005−81. Objection deadline is 03/5/2026. (Attachments: # 1 Exhibit # 2 Certification # 3 Proposed Order # 4 Certificate of Service) filed by Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005−81, MORTGAGE PASS−THROUGH CERTIFICATES, SERIES 2005−81) filed by David G. Beslow on behalf of Robert L Tomaskovic. (Beslow, David)

Dated: 3/5/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court