UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW LLC
Attorneys at Law
7 Glenwood Avenue
Suite 311b
East Orange, New Jersey 07017
(973) 677-9000
David G. Beslow, Esq. DGB-5300
Attorney for Debtor, Robert L Tomaskovic

In Re:

ROBERT L TOMASKOVIC

Order Filed on March 12, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:        25-12065

Chapter:           13

Judge:              SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 12, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ GOLDMAN & BESLOW LLC _____, the applicant, is allowed a fee of $ _____ 1000.00 _____ for services rendered and expenses in the amount of $_____ n/a _____ for a total of $_____ 1000.00 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ n/a _____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

2