# United States Bankruptcy Court
### New Jersey

In re   **Robert L Tomaskovic**                                    Case No.   **25-12065**

Debtor(s)                          Chapter   **13**

## Notice of Change of Address

Debtor's Social Security Number:

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                 **Robert L Tomaskovic**

Street:               **45 Friar Lane**

City, State and Zip:  **Clifton, NJ 07013**

Telephone #:

**Please be advised that effective _____, 20___,**
**my (our) new mailing address and telephone number is:**

Name:                 **Robert L Tomaskovic**

Street:               **136 Avondale Avenue**

City, State and Zip:   **Clifton, NJ 07013**

Telephone #:

**/s/ Robert L Tomaskovic**
**Robert L Tomaskovic**
Debtor