UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@McCalla.com
Attorneys for Secured Creditor

In re:

Robert L Tomaskovic,

                                                  Debtor

Case No. 25-12065-SLM

Chapter 13

Judge: Stacey L. Meisel

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an

appearance in this case on behalf of Deutsche Bank National Trust Company, as Trustee for GSAMP Trust

2006-FM1, Mortgage Pass-Through Certificates, Series 2006-FM1. Request is made that the documents filed in

this case and identified below be served on the undersigned at this address:

ADDRESS:

McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S, Suite 300
Iselin, NJ 08830

DOCUMENTS:

☒   All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒   All documents and pleadings of any nature.

Date:   March 31, 2026                    /s/ *Laura Egerman*
                                          Laura Egerman

NOA