STERN & EISENBERG, PC
1120 RT. 73
SUITE 400
MT. LAUREL, NJ 08054
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK DIVISION)**

| In Re:<br><br>    Robert L Tomaskovic<br><br>    Debtor(s) | Case No.: 25-12065-SLM<br><br>Chapter: 13<br><br>Judge: Stacey L. Meisel |
|---|---|

**AMENDED CERTIFICATE OF SERVICE**

1.      I, Steven Kelly, Esq., am the attorney representing the Movant in the within Creditor's Certification of Default of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-81, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-81.

2.      On May 6, 2026 I caused the following documents: *Creditor's Certification of Default, Creditor's Certification of Post-Petition Payment History, Proposed Order, and this Certificate* to be sent to the following parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below in the manner indicated.

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated

Respectfully Submitted:

By:    /s/ Steven Kelly, Esq.
       Steven Kelly, Esq.
       Stern & Eisenberg, PC
       Counsel for Movant

Date: May 6, 2026

Service List:

| Name and Address of Parties Served | Relationship of Parties to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| David G. Beslow, Esquire<br>Goldman & Beslow, LLC<br>7 Glenwood Avenue<br>Suite 311B<br>East Orange, NJ 07017 | Debtor's Counsel | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| Robert L Tomaskovic<br>45 Friar Lane<br>Clifton, NJ 07013<br>Debtors | Debtor | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |
| U.S. Trustee, Esquire<br>Office of the US Trustee<br>One Newark Center<br>Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☑ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☑ Notice of Electronic Filing (NEF)<br><span style="font-size:small">Unless not a participant in ECF</span><br>☐ Other:_____<br>(as authorized by the Court*) |